*I was unable to obtain Notary because Jail Admin Blocks USC 1983 Forms.

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 DEC 14 A 8:56
DEBRA P. [...]
U.S. D[...]
MIDDLE [...]

Timmy Terrell Harris
_____
Full name and prison number
of plaintiff(s)

v.

Kenneth Latham et al
ofc Garrows Newton P.D
Chief Olliver [illegible] Newton P.D
James ~~B~~ Willis III Dale County Jail
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 1:05cv1187-T
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
  A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES (✓) NO ( )

  B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES (✓) NO ( )

  C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

     1. Parties to this previous lawsuit:
        Plaintiff(s) ~~[illegible]~~ Timmy Terrell Harris

        Defendant(s) Hal Cox Dale County Sheriff et al

     2. Court (if federal court, name the district; if state court, name the county) The Middle District of Alabama

3. Docket number _Civil Action No 1:05-CV-1079-T_

4. Name of judge to whom case was assigned _Honorable Charles S. Coody_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Yes_

6. Approximate date of filing lawsuit _Unknown 2005_

7. Approximate date of disposition _Nov 14, 2005_

II. PLACE OF PRESENT CONFINEMENT _Dale County Jail P.O. Box 279 Ozark Alabama 36361_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Dale County Jail P.O. Box 279 Ozark Alabama 36361_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Kenneth Latham | Newton Police Dept. Newton Alabama 36352 |
| 2. (Officer) Garrow | Newton Police Dept. Newton Alabama 36352 |
| 3. (Chief) Oliver | Newton Police Dept. Newton Alabama 36352 |
| 4. James T. Willis III | Dale County Jail P.O. Box 279 Ozark Alabama 36361 |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _September 8, 2005_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Unlawful Detainment_

_On or About September 8, 2005 the above individuals acting_

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

under Color of the law arrested the Plaintiff for Recieving Stolen Property and the plaintiff had been charged in the state of Georgia for the same rather than releasing the Complaintiff the above placed him the Custody of The Dale County Jail and held him until the next day for Burglary 3rd. turns out there was no Warrant.

**GROUND TWO:** "Denial of Access to the courts"

**SUPPORTING FACTS:** The complaintiff constantly is denied Law Library Priviledges and has been Appointed by the Courts two Attorneys Ray Kennington, Stan Garner Jr, both have in some way jeopardized the Complaintiff by violating Attorney Client Priviledges by assisting the District Attorney's office Due Stan Garner was grieved

**GROUND THREE:** ~~Illegal Seizure and Search~~ Illegal Search and Siezure

**SUPPORTING FACTS:** ~~[illegible]~~
(See) Attached Statement
(See) Attached Statement
(See) Attached Statement
(See) Attached Statement
(See) Attached Statement

## Unlawful Search and Siezure

On the Date of September 8, 2005 the complaintiff Timmy Harris was accused of committing the act of Burlary in the County Dale, Ozark Alabama strategically the Location was Railside Auction in Newton, Officer Kenneth Latham a employee of Newton Police Department knowingly and willingfully seized and searched a vehicle that he had not obtained consent to search and in this search he and a Dale County Sheriff Investigators claimed to have found stolen items. These items were the result of a Illegal search The items were mentioned in Exhibit "A" one police Narrative. In essence a Unauthorized Sheriff employee took the Items from the building and placed them in the vehicle in hope of Implicating the Complaintiff, Kenneth Latham Under the color of Law Assumed that at some point the Complaintiff would file a Complaint such as this and now he have purposilly witheld photo's taken of the items up close this can be partially seen in Exhibit "B" Photo of trunk open Kenneth Latham refused a Court Order when he was confronted of such on November 30, 2005 he has photo's In his posession these were witheld from the State Attorney, Kenneth Latham has also fraudulently and maliciously changed the case Numbers of my charges in order to Dismiss a Frivilous Recieving Stolen Property charge used to Detain me until

Kenneth Latham and a Unauthorized Sheriff deputy used the time lapse to gather and rearrange the Illegally obtained evidence. You will see that Kenneth Latham also exaggerated the Price of the Items one Nikita Drill and Assorted "CDs" These items weren't taken into custody nor were finger Printed at the Present time nor ot they collected into evidence. See Exhibit "C"

In Addition in Exhibit "D" and "E" you will see that the Case numbers and charges were rearranged to alter the evidence taken Illegally and in hopes of thwarting This complaint.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I ask the Court to Grant me a case to file for Orders and would like for the Court to compensate Me the Complaintiff an award for Mental Anguish and suffering In the of Amount $200,000.00 Plus Compensatory Damages $20,000.00

_Pimmy Harris_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on December 6, 2005.
(Date)

_Pimmy Harris_
Signature of plaintiff(s)

4