OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| ADDITIONAL ARREST NARRATIVE CONTINUED | 117 DATE AND TIME OF ARREST 09 08 05 | 856 | ☒ AM ☐ PM ☐ MIL | 116 CASE# 05-09-025 | 117 SFX M |
|---|---|---|---|---|---|

**120 ADDITIONAL ARREST INFORMATION** On 09-08-05 at or about 8:20am, Chief Olliver and Officer Garrow, were dispatched to Rail Side Auction located on Hwy 231 in Newton. The call was in reference to a Burglary in progress. Officer Garrow arrived about one minute later to observe a Green Ford Tempo sitting in the driveway. Officer Garrow then observed a Black Male, wearing a tan shirt, trying to exit the front door which had been shattered. The male subject spotted Officer Garrow and fled out the back door and into the woods located behind the building. Officer Garrow contacted central for assistance. The green Tempo came back stolen out of Valdosta and was secured. Don Ezzell witnessed the Black Male breaking the front door glass with a ladder. David Tomlin, who drives for Fed Ex also advised Officers on Scene, that he observed a black male, wearing a tan colored shirt and tan shorts, run across Hwy 231 towards Whispering Lakes. Several Officers arrived on scene and set up a perimeter in the area. Units from Dale Co., Ozark, Pinckard and Newton were on scene. The black male was located at 509 Morning Mist Rd., located in Whispering Lakes, by Investigator Hal Cox and taken into custody. Statements were taken from Jimmy and Judy Snell who live at 509 Morning Mist. They stated that the male subject approached them and asked for a ride to Montgomery. Mr. Snell advised the subject there vehicle was not running properly. Mr. Snell stated that he was then asked if he had a change of clothes and refused. Mr. Snell stated that the subject was very persistant and was acting very nervous. He stated that he was then asked if he had any yard work for the subject. After leaving the snell residence officers then went to Rail Side Auction to collect evidence. Fingerprints were lifted off a picture, front door and back door. There was a Cammo colored cap, ladder and Iron pieces used to break the front door taken into evidence. There was a Thunderbird wine Bottle and a plastic Coke Bottle taken from the front seat of the Tempo to be printed. There was also a box of several CD's taken from the trunk of the vehicle that had been taken from the Building. Out back of the Building there was a shoe print found that matched the actors shoes. The vehicle was towed by The Road Doctor and stored at the Dale Co. impound Yard.

Exhibit "A"

☐ CONTINUED ON ADDITIONAL SUPPLEMENT

**TYPE OR PRINT IN BLACK INK ONLY**