Exhibit "B"

Items in Trunk mentioned



