Exhibit D

| | |
|---|---|
| STATE OF ALABAMA,<br>Plaintiff<br><br>Vs.<br><br>TIMMY TERRELL HARRIS,<br>Defendant | IN THE DISTRICT COURT OF<br>DALE COUNTY, ALABAMA<br><br>CRIMINAL DIVISION<br><br>CASE NO. |

## TO: HONORABLE RAY KENNINGTON

### NOTICE OF APPOINTMENT
### AS ATTORNEY TO REPRESENT DEFENDANT

The above named Defendant has requested that the Court appoint an Attorney for him in connection with these proceedings, and has executed an Affidavit of Substantial Hardship in this regard.

You have been appointed to represent the Defendant in connection with these charges, as provided by law. Please contact the Defendant as soon as possible so that your preparation of defensive matters can be started without delay.

You may, of course, feel free to contact the District Attorney or one of the Assistant District Attorneys, as appropriate, in regard to development of the defense.

If for any reason you are not in a position to represent this Defendant, please notify this Court immediately by telephone, and confirm such notice in writing. If there are any questions in this regard, please call this Court.

This the __9__ day of September 2005.

George H. Trawick, District Judge

CHARGE(S): **Receiving Stolen Property; Burglary 3rd Deg.**

DEF. ADDRESS: c/o Dale County Jail

Cc: Attorney



FILED
DALE COUNTY, AL
SEP - 9 2005
MARY BLUDSWORTH
CIRCUIT CLERK