| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Gary K. Jr_ | ☒ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>Gary K. Johnson | C. Date of Delivery<br>12/22/05 |
| 1. Article Addressed to:<br><br>Chief Olliver<br>Dale County Jail<br>PO Box 279<br>Ozark, AL   36361<br><br>C4D  05-1187 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0001 0150 4330 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Officer Garrows
    Dale County Jail
    PO Box 279
    Ozark, AL    36361

    C & O  05-1187

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Gary K. [signature]_    ☑ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
Gary K. Johnson                   12/22/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 2510 0001 0150 4347

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540