| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Jerry Trammel  C. Date of Delivery: 12-24-05 |
| 1. Article Addressed to:<br><br>Kenneth Latham<br>Dale County Jail<br>PO Box 279<br>Ozark, AL   36361<br><br>C a O  05-1187 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>   ☑ Certified Mail   ☐ Express Mail<br>   ☐ Registered       ☑ Return Receipt for Merchandise<br>   ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7004 2510 0001 0150 4354 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   James T. Willis, III
   Dale County Jail
   PO Box 279
   Ozark, AL  36361

   C4O  05-1187

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Judy Lewis_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
   Judy Lewis

C. Date of Delivery
   12-24-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0001 0150 4323

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540