IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | |
|---|---|
| TIMMY TERRELL HARRIS | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 1:05-CV-1187-T |
| KENNETH LATHAM, *et al.*, | * |
| Defendants. | * |

_____

**ORDER**

It appears that service has not been perfected on Defendants Latham, Olliver, and Garrows. If a person has not been served, he or she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Defendant Lathan, Olliver, and Garrows, Plaintiff must furnish the clerk's office with a correct address for this individual. Accordingly, it is

ORDERED that:

1. On or before January 24, 2006 Plaintiff shall furnish the clerk's office with the correct address for Defendants Latham, Olliver, and Garrows. Plaintiff is advised that the court will not continue to monitor this case to ensure that the defendant he wishes to sue has been served. This is Plaintiff's responsibility;

2. Plaintiff is cautioned that if he fails to comply with this order, Defendants Latham, Olliver, and Garrows will not be served, they will not be parties this cause of action, and this

case will proceed only against those defendants on whom service is perfected. *See* Rule 4(m), *Federal Rules of Civil Procedure*.

Done this 9th day of January 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE