05-1187

RECEIV

Dear Court Clerk   2006 JAN 12 A

Sorry for the Inconvience; but I'm not familiar with any of the Local Towns in this Area; but I was able to find out the following Address's

(1). Kenneth Latham
   Newton Police Department
   King Street (City Hall)
   Newton, Alabama
         36352

(2). Carl Garrows
   Newton Police Department
   King Street (City Hall)
   Newton, Alabama
         36352

(3). Chief Olliver
   Newton Police Department
   King Street (City Hall)
   Newton, Alabama
         36352

*Jim Harris*