IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | |
|---|---|
| TIMMY TERRELL HARRIS | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 1:05-CV-1187-T |
| KENNETH LATHAM, *et al.*, | * |
| Defendants. | * |

_____

**ORDER**

On January 12, 2006 Plaintiff filed a pleading in which he advises the court of service addresses for Kenneth Latham, Carl Garrows, and Chief Olliver. The CLERK of the court is hereby DIRECTED to serve Kenneth Latham, Carl Garrows, and Chief Olliver at the Newton Police Department, King Street (City Hall), Newton, Alabama 36352, with a copy of this order together with a copy of the complaint and the court's December 21, 2005 order of procedure. Accordingly, it is

ORDERED that Kenneth Latham, Carl Garrows, and Chief Olliver shall file an answer and written report to the complaint within forty (40) days of the filing date of this order in accordance with the court's December 21, 2005 order of procedure.

Plaintiff is advised that the court will not continue to monitor this case to ensure that each of the named defendants has been served. This is Plaintiff's responsibility. Plaintiff is cautioned that if service is not perfected on Defendants Latham, Garrows, and Olliver they

will not be considered parties to this cause of action and this case will proceed only against those named defendants on whom service has been perfected.

Done, this 17th day of January 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE