IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

TIMMY TERRELL HARRIS
PLAINTIFF

V.

CIVIL ACTION NO. 1:05-CV-1187-T

HAL COX et'al    Defendant

2006 JAN 18 A 9:55

## Plaintiffs Request for Copy of Defendant's Admissions and Answers Under Rule 36

Comes Now, the Movant and files this his request for a copy of Defendants Admission and Answers.

/s/ Timmy Harris
pro'se

### Certificate of Service

I hereby certify that the foregoing has been sent to the Honorable Court Clerks Office and that a copy has been served via Us Mail to the Attorneys for the Defendants et'al On this the 14th day of January 2006

Parties served:
BALL, BALL, MATTHEWS & NOVAK, PA
P.O Box 2148 MONTGOMERY ALABAMA 36102-2148