**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Carl Garrows
    Newton Police Department
    King Street - City Hall
    Newton, AL   36352

    C 40   05-1187

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Jean M Watson         ☐ Agent
                           ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   Jean M Watson                  1/19/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail       ☐ Express Mail
   ☐ Registered           ☒ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 0390 0000 5269 2097

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540