| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Jean M Watson* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): *Jean M Walton*  C. Date of Delivery: 1/19/06 |
| 1. Article Addressed to:<br><br>Kenneth Latham<br>Newton Police Department<br>King Street - City Hall<br>Newton, AL  36352<br><br>C⁴O 05-1187 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 0390 0000 5269 2110 |

PS Form 3811, February 2004       Domestic Return Receipt        102595-02-M-1540