IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| TIMMY TERRELL HARRIS | * | |
| Plaintiff, | * | |
| v. | * | 1:05-CV-1187-MHT |
| KENNETH LATHAM, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Copy of Defendants' Answers and Admissions, and as no such document as been filed with the court, it is

ORDERED that the motion (Doc. No. 10) be and is hereby DENIED.

Done this 24th day of January 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE