IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMMY T. HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: CV-05-1077-T |
| | ) | |
| HAL COX, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF HAL COX

STATE OF ALABAMA
COUNTY OF DALE

BEFORE me, the undersigned authority, personally appeared Hal Cox, who is known to me, and who being by me first duly sworn, states under oath the following:

My name is Hal Cox. At all times material hereto I was serving as a Dale County Deputy. I have personal knowledge of the matters set forth herein.

On September 8, 2005, dispatch reported that a motorist had seen a suspect throw a concrete block through the glass front door of Railside Auction House on U.S. Highway 231 in Dale County. I was on duty and responded to the call. When I arrived at the Railside Auction House I observed that the front glass door was broken and an automobile had been left running in the driveway of the parking lot of the Railside Auction building with the trunk open.

Newton Police Officer Paul Garrow upon arriving at the Railside Auction Building had seen a suspect fleeing from a back door of the building. He saw the suspect run across U.S. Highway 231 into the Whispering Lake Trailer Park. An all points bulletin was put out for a black male suspect wearing a tan colored shirt and shorts. I rode through the Whispering Lake

Trailer Park where I saw a black male fitting the description of the suspect. I stopped and spoke with a white male later identified as Jimmy Earl Snell who advised that a black male fitting the description had just come up to his home and asked for a ride to Montgomery and a change of clothes. When refused the suspect asked if he could do some yard work. Attached are the "voluntary statements" of Jimmy Earl Snell and his wife Judy Snell, setting out what happened at the trailer park.

I called for backup and advised the black male suspect that he fit the description of a man seen throwing a concrete block through a store window. I advised the suspect that we were investigating a burglary across U.S. Highway 231. The suspect said he was buying the car parked in front of the auction house. We confirmed that the Ford Tempo automobile had been stolen in Valdosta, Georgia and there were warrants for the suspect's arrest. The suspect was placed in a Sheriff's patrol car and transported to the Dale County Jail. I then returned to the Railside Auction Building and assisted with the investigation being performed by Newton Police Officer Kenneth Latham, Newton Police Chief Oliver and Newton Police Officer Paul Garrow. Attached is the Incident/Offense Report prepared by Officer Garrow. Also attached is "Deposition" of Kenneth Latham and "Alabama Uniform Arrest Report."

The owner of the Railside Auction Building found a cement block inside the building along with a piece of metal which had apparently been thrown through the front door as well. There was also a hat found in the building which the owner said did not belong there. It was later learned that the hat belonged to the plaintiff, Timothy T. Harris. Mr. Harris had gone out the back door of the Railside Auction Building and there were footprints which matched the shoes worn by Mr. Harris at the time of his arrest.

Although Mr. Harris initially refused to talk, he later agreed to provide a statement and

signed the attached Waiver of Rights form. I interviewed the plaintiff after he waived his

Miranda Rights. Mr. Harris said that he had purchased the Ford Tempo from a Pastor Bruce

Berry in Valdosta, GA for $600. He claimed that he had lost his way going to Montgomery from

Valdosta and had spent the night in Dothan. The plaintiff claimed that he had been drinking and

that the car had not been stolen. The plaintiff, Timothy Harris was placed into a holding cell at

the Dale County Jail until he was processed. He was never placed in lock up to my knowledge.

I was present at a Preliminary Hearing held in Ozark, AL and I am aware that the plaintiff

has had counsel appointed to represent him in the criminal cases pending against him.

During the course of my investigation, I learned that Mr. Harris had numerous criminal

charges and convictions from other jurisdictions in the past.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the ___13___ day of January, 2006.

_____
HAL COX

| | | |
|---|---|---|
| STATE OF ALABAMA,<br>Plaintiff | ) | IN THE DISTRICT COURT OF<br>DALE COUNTY, ALABAMA |
| | ) | |
| Vs. | ) | CRIMINAL DIVISION |
| | ) | |
| TIMMY T. HARRIS,<br>Defendant | ) | CASE NO. DC-2005-947; 948 |

TO: HONORABLE STAN GARNER

### NOTICE OF APPOINTMENT
### AS ATTORNEY TO REPRESENT DEFENDANT

The above named Defendant has requested that the Court appoint an Attorney for him in connection with these proceedings, and has executed an Affidavit of Substantial Hardship in this regard.

You have been appointed to represent the Defendant in connection with these charges, as provided by law. Please contact the Defendant as soon as possible so that your preparation of defensive matters can be started without delay.

You may, of course, feel free to contact the District Attorney or one of the Assistant District Attorneys, as appropriate, in regard to development of the defense.

If for any reason you are not in a position to represent this Defendant, please notify this Court immediately by telephone, and confirm such notice in writing. If there are any questions in this regard, please call this Court.

This the 5 day of October, 2005.

George H. Trawick, District Judge

CHARGE(S): Burglary 3rd Deg.; Receiving Stolen Property

DEF. ADDRESS: c/o Dale Co. Jail

Cc: Attorney

FILED
DALE COUNTY, AL

OCT - 6 2005

MARY BLUDSWORTH
CIRCUIT CLERK

*Exhibit D*

| | | |
|---|---|---|
| STATE OF ALABAMA,<br>Plaintiff | ) | IN THE DISTRICT COURT OF<br>DALE COUNTY, ALABAMA |
| | ) | |
| Vs. | ) | CRIMINAL DIVISION |
| | ) | |
| TIMMY TERRELL HARRIS,<br>Defendant | ) | CASE NO. |
| | ) | |

## TO: HONORABLE RAY KENNINGTON

### NOTICE OF APPOINTMENT
### AS ATTORNEY TO REPRESENT DEFENDANT

The above named Defendant has requested that the Court appoint an Attorney for him in connection with these proceedings, and has executed an Affidavit of Substantial Hardship in this regard.

You have been appointed to represent the Defendant in connection with these charges, as provided by law. Please contact the Defendant as soon as possible so that your preparation of defensive matters can be started without delay.

You may, of course, feel free to contact the District Attorney or one of the Assistant District Attorneys, as appropriate, in regard to development of the defense.

If for any reason you are not in a position to represent this Defendant, please notify this Court immediately by telephone, and confirm such notice in writing. If there are any questions in this regard, please call this Court.

This the ___9___ day of September 2005.

George H. Trawick, District Judge

CHARGE(S): Receiving Stolen Property; Burglary 3rd Deg.

DEF. ADDRESS: c/o Dale County Jail

Cc: Attorney

FILED
DALE COUNTY, AL

SEP 9 2005

MARY BLUDSWORTH
CIRCUIT CLERK



DC05-94

**Kirke Adams**
District Attorney

**Stephen G. Smith**
Assistant District Attorney

**William H. "Bill" Filmore**
Chief Assistant District Attorney

**Cathey B. Wood**
Assistant District Attorney

## DEPOSITION

DEFENDANT'S NAME: _Timmy T. Harris_

CHARGE(S): _Burglary III / Receiving Stolen Property 1_

PERSONALLY APPEARED BEFORE ME, _Kenneth Latham_, BEING FIRST DULY SWORN, DEPOSED, AND SAYS:

_On 9-8-05 Newton Police Department (Officer Garrow) was dispatched to Rail Side Auction Located on Hwy 231. Upon arrival officer Garrow observed a green Tempo in the driveway and the front glass of the building busted. He then observed a black male wearing a tan shirt attempting to exit the building. Defendant ran out the back door of building and was later apprehended in whispering lakes. The vehicle was stolen out of Valdosta._

_Kenneth Latham_
AFFIANT

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 9th DAY OF Sept ,2005

_Mary Bledsworth_
MAGISTRATE

2

# ALABAMA UNIFORM ARREST REPORT

| Finger-printed | R84 Completed |
|---|---|
| ☐ Yes | ☐ Yes |
| ☐ No | ☐ No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## IDENTIFICATION

| 1 ORI # | 2 AGENCY NAME | | 3 CASE # | 4 SFX |
|---|---|---|---|---|
| 0 2 6 0 5 0 0 | Newton Police Department | | 0 5 - 0 9 - 0 2 5 | M |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| Harris, Timmy T. | |

| 7 SEX | 8 RACE | 9 HGT | 10 WGT | 11 EYE | 12 HAIR | 13 SKIN | 14 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☒ M ☐ F | ☐ W ☒ B ☐ I | 5'8 | 220 | Bro | Bln | Med | | ☐ SCARS | ☐ MARKS | ☐ TATTOOS | ☐ AMPUTATIONS |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| | 425 - 47 - 0237 | 11 28 69 | 36 | |

| 20 SID# | 21 FINGERPRINT CLASS KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 OLN | 23 ST |
|---|---|---|---|---|---|---|---|---|
| 24 FBI # | HENRY CLASS | | | | | | | |
| | NCIC CLASS | | | | | | 25 IDENTIFICATION COMMENTS | |

| 26 ☐ RESIDENT ☒ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| | 4016 Powhatten Ave. Tampa Fl. | ( - ) | |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| | | ( ) |

## ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? ☒ YES ☐ NO |
|---|---|---|
| Rail Side Auction Co. Hwy 231 Newton, Al 36352 | | ☒ IN STATE ☐ OUT STATE AGENCY |

| 36 CONDITION OF ARRESTEE | 37 RESIST ARREST? | 38 INJURIES? | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| ☐ DRUNK ☐ SOBER ☐ DRINKING ☐ DRUGS | ☐ YES ☒ NO | ☒ NONE ☐ OFFICERS ☐ ARRESTEE | ☐ Y ☒ N | ☐ HANDGUN ☐ OTHER FIREARM ☐ RIFLE ☐ OTHER WEAPON ☐ SHOTGUN |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| M D Y | ☐ AM ☐ PM ☐ MIL | S M T W T F S 1 2 3 4 5 6 7 | ☒ ON VIEW ☐ CALL ☐ WARRANT | ☐ YES ☐ NO ☒ UNKNOWN |

| 46 CHARGE-1 ☒ FEL ☐ MISD | 47 UCR CODE | 48 CHARGE-2 ☐ FEL ☐ MISD | 49 UCR CODE |
|---|---|---|---|
| Burglary 111 | | Receiving Stolen Property 1 | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT# | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED |
|---|---|---|---|---|---|
| 13A-7-7 | | M D | 13A-8-17 | | M D Y |

| 56 CHARGE-3 ☐ FEL ☐ MISD | 57 UCR CODE | 58 CHARGE-4 ☐ FEL ☐ MISD | 59 UCR CODE |
|---|---|---|---|
| | | | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT# | 62 DATE ISSUED | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED |
|---|---|---|---|---|---|
| | | M D | | | M D Y |

| 66 ARREST DISPOSITION | 87 IF OUT ON RELEASE WHAT TYPE? | 88 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| ☒ HELD ☐ TOT-LE ☐ BAIL ☐ OTHER ☐ RELEASED | | 89 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

## VEHICLE

| 70 VYR | 71 VMA | 72 YMO | 73 VST | 74 VCO TOP / BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|
| 1994 | Ford | Tempo | 4DR | Green / Green | AJR 4945 | GA | 05 |

| 78 VIN# | 79 IMPOUNDED? | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|
| 2 F A P P 3 6 X 6 R B 1 0 5 7 4 2 | ☒ YES ☐ NO | Dale Co. Impound Yd. /Road Doctor |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED |
|---|
| Thunderbird Wine 1/ Plastic Coke Bottle / Brown Shoes / 3 Cast Iron Pieces / Cammo Hat / 4 Sets Prints    ☐ CONTINUED IN NARRATIVE |

## JUVENILE

| 82 JUVENILE DISPOSITION | 83 RELEASED TO |
|---|---|
| ☐ HANDLED AND RELEASED   ☐ REF TO WELFARE AGENCY   ☐ REF TO ADULT COURT ☐ REF TO JUVENILE COURT   ☐ REF TO OTHER POLICE AGENCY | |

| 94 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE |
|---|---|---|
| | | ( ) |

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE |
|---|---|---|---|
| | | | ( ) |

## RELEASE

| 91 DATE AND TIME OF RELEASE | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| M D Y ☐ AM ☐ MIL ☐ PM | | | |

| 95 RELEASED TO | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|
| | | |

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE | 99 PROPERTY NOT RELEASED/HELD AT | 100 PROPERTY# |
|---|---|---|
| ☐ YES ☐ NO ☐ PARTIAL | | |

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|
| |

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | LOCAL USE |
|---|---|---|
| | | STATE USE |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID# | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID# | 115 SUPERVISOR ID# | 116 WATCH CMDR. ID# |
|---|---|---|---|---|---|
| Cox, Hal | | Latham, Kenneth | 504 | | |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

# ADDITIONAL ARREST NARRATIVE CONTINUED

| DATE/TIME OF ARREST | | 116 CASE# | 117 SFX |
|---|---|---|---|
| 0 9 0 8 0 5 | 856 | ☒ AM ☐ PM ☐ MIL | 0 5 - 0 9 - 0 2 5 M |

NARRATIVE

**120 ADDITIONAL ARREST INFORMATION** On 09-08-05 at or about 8:20am, Chief Olliver and Officer Garrow, were dispatched to Rail Side Auction located on Hwy 231 in Newton. The call was in reference to a Burglary in progress. Officer Garrow arrived about one minute later to observe a Green Ford Tempo sitting in the driveway. Officer Garrow then observed a Black Male, wearing a tan shirt, trying to exit the front door which had been shattered. The male subject spotted Officer Garrow and fled out the back door and into the woods located behind the building. Officer Garrow contacted central for assistance. The green Tempo came back stolen out of Valdosta and was secured. Don Ezzel witnessed the Black Male breaking the front door glass with a ladder. David Tomlin, who drives for Fed Ex also advised Officers on Scene, that he observed a black male, wearing a tan colored shirt and tan shorts , run across Hwy 231 towards Whispering Lakes. Several Officers arrived on scene and set up a perimeter in the area. Units from Dale Co., Ozark, Pinckard and Newton were on scene. The black male was located at 509 Morning Mist Rd., located in Whispering Lakes, by Investigator Hal Cox and taken into custody. Statements were taken from Jimmy and Judy Snell who live at 509 Morning Mist. They stated that the male subject approached them and asked for a ride to Montgomery. Mr. Snell advised the subject there vehicle was not running properly. Mr. Snell stated that he was then asked if he had a change of clothes and refused. Mr. Snell stated that the subject was very persistant and was acting very nervous. He stated that he was then asked if he had any yard work for the subject. After leaving the snell residence officers then went to Rail Side Auction to collect evidence. Fingerprints were lifted off a picture, front door and back door. There was a Cammo colored cap, ladder and Iron pieces used to break the front door taken into evidence. There was a Thunderbird wine Bottle and a plastic Coke Bottle taken from the front seat of the Tempo to be printed. There was also a box of several CD's taken from the trunk of the vehicle that had been taken from the Building. Out back of the Building there was a shoe print found that matched the actors shoes. The vehicle was towed by The Road Doctor and stored at the Dale Co. impound Yard.

☐ CONTINUED ON ADDITIONAL SUPPLEMENT

**TYPE OR PRINT IN BLACK INK ONLY**

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| VICTIM SSN | COMPLAINANT SSN | 1 [1] INCIDENT [2] OFFENSE [3] SUPPLEMENT | 2 CASE # 05-09-025 | 3 SFX |
|---|---|---|---|---|

| 4 ORI # 026,0500 | 5 DATE AND TIME OF THIS REPORT 09 03 05 8:10 [X]AM [2]PM [3]MIL | 6 AGENCY NAME Newton Police Dept | | 7 IF SUPPLEMENT ORIGINAL OFFENSE DATE M D Y |
|---|---|---|---|---|

**8 REPORTED BY** [ ] VICTIM OR **9 ADDRESS (STREET, CITY, STATE, ZIP)** **10 PHONE**

GARROW CARL W.    Newton Police Dept, Newton, AL 36352    334-299-3777

| 12 VICTIM (LAST, FIRST, MIDDLE NAME) | 1P 2B 3S | 13 ADDRESS (STREET, CITY, STATE, ZIP) | 14 PHONE ( ) |
|---|---|---|---|

| 15 EMPLOYER/SCHOOL | 16 OCCUPATION | 17 ADDRESS (STREET, CITY, STATE, ZIP) | 18 PHONE ( ) |
|---|---|---|---|

| 19 [1] RESIDENT [2] NON-RESIDENT | 20 INJURY [1]Y [2]N | 21 RACE [1]W [3]A [2]B [4] | 22 SEX [1]MALE [2]FEMALE | 23 HGT | 24 WGT | 25 DOB M D Y | 26 AGE | 27 WAS OFFENDER KNOWN TO VICTIM? [1]Y [2]N | 28 VICTIM WAS (EXPLAIN RELATIONSHIP) | 29 CODE |
|---|---|---|---|---|---|---|---|---|---|---|

| 30 TYPE INCIDENT OR OFFENSE [1] FEL [X] MISD THEFT OF PROPERTY CLASS A | 31 DEGREE (CIRCLE) 1 2 (3) | 32 UCR CODE | 33 STATE CODE/LOCAL ORDINANCE 13A-8-9 |
|---|---|---|---|

| 34 TYPE INCIDENT OR OFFENSE [X] FEL [2] MISD BURGLARY CLASS C | 35 DEGREE (CIRCLE) 1 2 (3) | 36 UCR CODE | 37 STATE CODE/LOCAL ORDINANCE 13A-7-7 |
|---|---|---|---|

| 38 PLACE OF OCCURRENCE Rail Side Auction Co | 39 SECTOR JD |
|---|---|

| 40 POINT OF ENTRY [1]DOOR [3]ROOF [2]WINDOW [4]OTHER | 41 METHOD OF ENTRY [1] FORCIBLE [3] ATT FORCIBLE [2]NO FORCE | 42 ASSAULT [1] SIMPLE [2] AGGR | 43 TREATMENT FOR ASSAULT INJURY [1]Y [2]N |
|---|---|---|---|

| OCCURRED ON OR BETWEEN 09 02 05 | 45 TIME 8:19 [1]AM [2]PM [3]MIL | 46 S M T W TH F S | 47 LIGHTING [1]NATURAL [2]MOON [3]ART EXT [4]ART INT [5]UNK | 48 WEATHER [1]CLEAR [2]CLOUDY [3]RAIN [4]FOG [5]SNOW [6]HAIL [7]UNK | 49 PREMISE (A) HWY—ST—ALLEY (B) RAILROAD (C) RESIDENCE (D) CHURCH (E) SCHOOL (F) CONVENIENCE (G) INDUSTRIAL (H) SERVICE STA (I) BANK (J) DRUG STORE (K) APT/TWN HSE (L) SHOPPING CENTER (M) PARKING LOT (N) OTHER COMMER (O) OTHER | 50 CODE |
|---|---|---|---|---|---|---|
| 09 03 05 | 52 TIME 8:19 [1]AM [2]PM [3]MIL | 53 S M T W TH F S | | | | |

| 54 VERIFY FOR [1]Y RAPE EXAM [2]N | 55 TREAT FOR [1]Y RAPE INJURY [2]N | 56 CIRCUMSTANCES HOMICIDE & ASSAULT LOCATION: RAPE | 57 CODE |
|---|---|---|---|

| 58 WEAPON USED [1] FIREARM [3] HANDS, FISTS, VOICE, ETC [2] KNIFE [4] OTHER DANGEROUS | 59 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE [1] HANDGUN [2] RIFLE [3] SHOTGUN [4] UNKNOWN DESCRIBE _____ |
|---|---|

## PROPERTY DESCRIPTION

| 60 QUANTITY | 61 STOLEN, RECOVERED, LOST, FOUND OR DESTROYED (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.) | 62 DOLLAR VALUE | | 63 RECOVERED | |
|---|---|---|---|---|---|
| | | STOLEN | DAMAGED | DATE | VALUE |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | [ ] CONTINUED IN NARRATIVE | | | | |

## DOLLAR VALUE

| 64 MOTOR VEHICLE S R D C | 65 CURRENCY, NOTES S R D C | 66 JEWELRY S R D C | 67 CLOTHING/FURS S R D C | 68 FIREARMS S R D C | 69 OFFICE EQUIPMENT S R D C |
|---|---|---|---|---|---|
| 70 ELECTRONICS S R D C | 71 HOUSEHOLD S R D C | 72 CONSUMABLE GOODS S R D C | 73 LIVESTOCK S R D C | 74 MISCELLANEOUS S R D C | |

## VEHICLES

| 75 CHECK CATEGORIES [1] STOLEN [2] RECOVERED [3] SUSPECTS VEH. [4] VICTIMS VEH [5] UNAUTH USE [6] ABANDONED |
|---|

| 76 # STOLEN | 77 LIC. | 78 LIS. | 79 LIY. | 80 TAG COLOR | 81 VIN |
|---|---|---|---|---|---|

| 82 VYR | 83 VMA | 84 VMO | 85 VST | 86 VCO: TOP. BOTTOM | 87 ADDITIONAL DESCRIPTION |
|---|---|---|---|---|---|

| STOLEN MTR. VEH ONLY | 88 AREA STOLEN [1] BUS [2] RES [3] RUR | 89 OWNERSHIP VERIFIED BY: [1] TAG RECEIPT [2] BILL OF SALE [3] TITLE [4] OTHER _____ | 90 WARRANT SIGNED [M] [Y] |
|---|---|---|---|

| 91 AUTO INSURER NAME (COMPANY) ADDRESS (STREET, CITY, STATE, ZIP) | 92 PHONE ( ) |
|---|---|

| MOTOR VEH RECOVERY ONLY REQUIRED FOR 24TH UCR CODE | 93 STOLEN IN YOUR JURISDICTION? [Y] [N] WHERE? | 94 RECOVERED IN YOUR JURISDICTION? [Y] [N] WHERE? |
|---|---|---|

TYPE OR PRINT IN BLACK INK    ACJIC—32 REV 8-96

INCHES    1    2    3    4    5    6

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| INCIDENT/OFFENSE REPORT CONTINUED | 95 DATE AND TIME OF REPORT 0 9 1 0 9 0 5  8 :20 | ☐ AM ☑ PM ☐ MIL | 96 CASE # 0 5 1 - 1 0 9 1 - 1 0 2 5 | 97 SFX | 98 ☐ OFFENDER ☑ SUSPECT ☐ MISSING PERSON | ☐ CHECK IF MULTIPLE |
|---|---|---|---|---|---|---|

| 99 NAME (LAST, FIRST, MIDDLE) HARRIS, TIMMY T. | 100 NICKNAME/ALIAS | 101 RACE ☐ W ☐ A ☑ B ☐ I | 102 SEX ☑ M ☐ F | 103 DOB 11 12 8 0 5 | 104 AGE 30 |
|---|---|---|---|---|---|

| 105 ADDRESS (STREET, CITY, STATE, ZIP) 4016 Powhatten Ave. Tampa FL | 106 HGT 5'8" | 107 WGT 220 | 108 EYE BRO | 109 HAIR BLN | 110 COMPLEXION |
|---|---|---|---|---|---|

111 PROBABLE DESTINATION

112 ARMED? ☐ Y ☑ N ☐ UNK    113 WEAPON

114 CLOTHING
Brown T-Shirt Blue Jean Shorts

☐ SCARS   ☐ MARKS   ☐ TATOOS

115 ☐ ARRESTED ☐ WANTED

| 116 NAME (LAST, FIRST, MIDDLE) | 117 NICKNAME/ALIAS | 118 RACE ☐ W ☐ A ☐ B ☐ I | 119 SEX ☐ M ☐ F | 120 DOB M D Y | 121 AGE |
|---|---|---|---|---|---|

| 122 ADDRESS (STREET, CITY, STATE, ZIP) | 123 HGT | 124 WGT | 125 EYE | 126 HAIR | 127 COMPLEXION |
|---|---|---|---|---|---|

128 PROBABLE DESTINATION

129 ARMED? ☐ Y ☐ N ☐ UNK    130 WEAPON

131 CLOTHING

☐ SCARS   ☐ MARKS   ☐ TATOOS

132 ☐ ARRESTED ☐ WANTED

**WITNESSES**

| 133 NAME (LAST, FIRST, MIDDLE) SEX, RACE, DOB | | 134 ADDRESS (STREET, CITY, STATE, ZIP) | 135 RES PHONE | 136 BUS PHONE |
|---|---|---|---|---|
| #1 | SEX ☐M ☐F RACE ☐W ☐A ☐B ☐I  M D Y | | ( ) | ( ) |
| #2 | SEX ☐M ☐F RACE ☐W ☐A ☐B ☐I  M D Y | | ( ) | ( ) |
| #3 | SEX ☐M ☐F RACE ☐W ☐A ☐B ☐I  M D Y | | ( ) | ( ) |
| #4 | SEX ☐M ☐F RACE ☐W ☐A ☐B ☐I  M D Y | | ( ) | ( ) |

WITNESS #1 SSN          WITNESS #2 SSN          WITNESS #3 SSN          WITNESS #4 SSN

**NARRATIVE**

137
CENTRAL ADVISED RAIL SIDE AUCTION (C. BRING BURG
CALL GIVEN TO NEWTON 501, 1 BEING CLOSER 503
RESPONDED TO CALL FIRST, 1 PULLED UP IN FRONT
OF BUILDING OBSERVED SOMEONE IN BUILDING NEAR
FRONT DOOR. 1 WENT TOWARD THE BUILDING PERSON
LEFT FRONT OF BUILDING. SUSPECT HAD LEFT A GREEN CAR
FORD OUTSIDE GATE WITH MOTOR RUNNING AND TRUNK OPEN.
AFTER BACK-UP ARR 1 WENT TO BACK DOOR, WAS OPEN. A FED-EX
MAN CAME BY TOLD MY BACK-UP (DEPUTY) THAT SUBJ RAN ACROSS
HWY INTO TRL PK. LATER ABOUT 8:56 AM SUBJ
WAS 10-15 IN TRL PK

CONTINUED ON SUPPLEMENT ☑ Y ☐ N

ASSISTING AGENCY ORI          ASSISTING AGENCY CASE #          SFX

I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying this agency if any stolen property or missing person hereby reported is returned.

SIGNATURE  Carl W. Garrow

138 LOCAL USE

139 STATE USE

| MULTIPLE CASES CLOSED | 140 CASE # | 141 SFX | 142 CASE # | 143 SFX | 144 CASE # | 145 SFX | 146 ADDITIONAL CASES CLOSED NARRATIVE ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|

**ADMINISTRATION**

| 147 CASE STATUS ☐ PENDING ☑ INACTIVE ☐ CLOSED | 148 CASE DISPOSITION: ☐ CLEARED BY ARREST (JUV.) ☐ CLEARED BY ARREST (ADULT) ☐ UNFOUNDED ☐ ADM CLEARED | ☑ EXCEPTIONAL CLEARANCE ☐ SUSPECT/OFFENDER DEAD ☐ OTHER PROSECUTION ☐ EXTRADITION DENIED ☐ LACK OF PROSECUTION ☐ JUVENILE, NO REFERRAL ☐ DEATH OF VICTIM | 149 REPORTING OFFICER C. W. GARROW    ID # 503 |
|---|---|---|---|
| ENTERED ACIC/NCIC  DATE | | | 150 ASSISTING OFFICER S. OLIVER    ID # 501 |
| | | | 151 SUPERVISOR APPROVAL    ID #    152 WATCH CMDR.    ID # |

## VOLUNTARY STATEMENT

DATE 9-8-05                PLACE 509 Morning Mist Rd.        TIME STARTED 9:05 A .M.

I, the undersigned, Jimmy Earl Snell _____ , am 59 years of age, my date and place of

birth being the 3 day of August 19 46 at Dale County, Al _____

I now live at 509 Morning Mist Rd Newton, Al 36352 _____

Before answering any questions or making any statements, Kenneth Latham _____

a person who identified himself as a Police Officer _____

duly warned and advised me, and I know and understand that I have the following rights. That I have the right to remain silent and I do not have to answer any questions or make any statements at all; that any statement I make can and will be used against me in a court or courts of law for the offense or offenses concerning which the following statement is hereinafter made; that I have the right to consult with a lawyer of my own choice before or at anytime during any questioning or statements I make; that if I cannot afford to hire a lawyer, I may request and have a lawyer appointed for me by the proper authority, before or at anytime during any questioning or statements that I make, without cost or expense to me; that I can stop answering any questions or making any statements at any time that I choose, and call for the presence of a lawyer to advise me before continuing any more questioning or making any more statements, whether or not I have already answered some questions or made some statements.

I do not want to talk to a lawyer, and I hereby knowingly and purposely waive my right to remain silent, and my right to have a lawyer present while I make the following statement to the aforesaid person, knowing that I have the right and privilege to terminate any interview at any time hereafter and have a lawyer present with me before answering any more questions or making any more statements, if I choose to do so.

I declare that the following voluntary statement is made of my own free will without promise of hope or reward, without fear or threat of physical harm, without coercion, favor or offer of favor, without leniency or offer of leniency, by any person or persons whomsoever.

On 9-8-05 around 8.50AM, a black male dressed in a brown T-shirt and shorts knocked on my door. I answered the door and noticed that he was sweating bad. The subject asked me if I would give him a ride to Montgomery. The subject was acting nervous and I did not feel comfortable talking to him. I advised him that my car was not running well and I would not be able to give him a ride. He stated that he was a mechanic and would try to fix it. I told him that my car would not make it. He then asked me if I would give him a change of clothes. He also asked if he could do some yard work for me for twenty five dollars. He had started laying sod in my yard for about 10-15 minutes when Hal Cox motioned me out to his vehicle. He advised me to stay where I was at and act normal. He motioned for another officer to come down and they arrested him.

I have read each page of this statement consisting of _____ page(s), each page of which bears my signature, and corrections, if any, bear my initials, and I certify that the facts contained herein are true and correct. I further certify that I made no request for the advice or presence of a lawyer before or during any part of this statement, nor at any time before it was finished did I request that this statement be stopped. I also declare that I was not told or prompted what to say in this statement.

This statement was completed at 9:30 A .M. on the 8th _____ day of September _____ 2005

WITNESS: Kenneth Latham

WITNESS: Judy Snell                              Jimmy Earl Snell
                                        Signature of person giving voluntary statement

# VOLUNTARY STATEMENT

DATE _9-8-05_    PLACE _509 Morning Mist_    TIME STARTED _9:30 A._

I, the undersigned, _Judy Snell_ , am _53_ years of age, my date and pl

birth being the _17_ day of _Febuary_ 20_1952_ at _Leesburg, Fl._

I now live at _509 Morning Mist Rd. Newton, AL 36352_

Before answering any questions or making any statements, _Kenneth Latham_

a person who identified himself as a _Police Officer_
duly warned and advised me, and I know and understand that I have the following rights: That I have the right to remain silent and I do not have to answer any ques or make any statements at all; that any statement I make can and will be used against me in a court or courts of law for the offense or offenses concerning which the follo statement is hereinafter made; that I have the right to consult with a lawyer of my own choice before or at anytime during any questioning or statements I make; th cannot afford to hire a lawyer, I may request and have a lawyer appointed for me by the proper authority, before or at anytime during any questioning or statements I make, without cost or expense to me, that I can stop answering any questions or making any statements at any time that I choose, and call for the presence of a la to advise me before continuing any more questioning or making any more statements, whether or not I have already answered some questions or made some statem

I do not want to talk to a lawyer, and I hereby knowingly and purposely waive my right to remain silent, and my right to have a lawyer present while I make the follo statement to the aforesaid person, knowing that I have the right and privilege to terminate any interview at any time hereafter and have a lawyer present with me be answering any more questions or making any more statements, if I choose to do so.

I declare that the following voluntary statement is made of my own free will without promise of hope or reward, without fear or threat of physical harm, without coerc favor or offer of favor, without leniency or offer of leniency, by any person or persons whomsoever

On 9-8-05 around 9am my husband came into our bedroom and advised me there was a guy on our porch wanting a ride to Montgomery. I walked outside with my husband to talk with him. We told him that our vehicle would not make it. He the offered to do some yard work for us. He had started working for about 10-15 minutes when Hal Cox pulled up. My husband went out to the road to talk to him and another Police Ca arrived. They (Police) got out of there cars and told the guy not to move. They put him in handcuffs and in the Police Car.

I have read each page of this statement consisting of _____ page(s), each page of which bears my signature, and corrections, if any, bear my initials, and I certify t the facts contained herein are true and correct. I further certify that I made no request for the advice or presence of a lawyer before or during any part of this stateme nor at any time before it was finished did I request that this statement be stopped. I also declare that I was not told or prompted what to say in this statement.
This statement was completed at _9:40_ A.M. on the _8th_ day of _September_ 20_

WITNESS: _Kenneth Latham_

WITNESS: _Jimmy Earl Snell_    _Judy Snell_
Signature of person giving voluntary statement

## YOUR CONSTITUTIONAL RIGHTS ACCORDING TO THE MIRANDA WARNING

Before we ask you any questions, you must understand your rights.

1. You have the right to remain silent.
2. Anything you say can and will be used against you in a court of law.
3. You have the right to talk to a lawyer, and have him present with you while you are being questioned.
4. If you cannot afford to hire a lawyer, one will be appointed to represent you, before any questioning if you wish.
5. You can decide at any time to exercise these rights and not answer any questions or make any statement.

## WAIVER OF RIGHTS

I have read, (or had read to me), this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure of any kind has been used against me to get me to make a statement.

| DATE 9-8-05 | TIME 2:12PM | SIGNATURE OF SUBJECT X |
| DATE | TIME | READ AND EXPLAINED BY |
| DATE | TIME | WITNESS |

## JUVENILE RIGHTS

This is to inform you that:

1. You have the right to counsel.
2. If you are unable to pay a lawyer and if your parents or guardian have not provided a lawyer, one can be provided at no charge.
3. You are not required to say anything, and anything you say may be used against you.
4. You have the right to communicate with counsel, parents, and guardians. Reasonable means will be provided to do so.
5. IF YOU ARE PLACED IN DETENTION:
   a. You will be fully informed of the reasons for your detention.
   b. You will have a detention hearing within 72 hours.
   c. Your parents will be notified of your detention.

I ACKNOWLEDGE HAVING BEEN READ MY RIGHTS BY THE ABOVE NAMED PERSON, AND I FULLY AND CLEARLY UNDERSTAND THEM AS ALL HAVE BEEN FULLY AND CLEARLY EXPLAINED TO ME.

I DO NOT WANT A LAWYER TO REPRESENT ME AT THIS TIME. I UNDERSTAND THAT ANYTIME PRIOR TO A FINAL HEARING IN THIS MATTER I MAY CHANGE MY MIND AND REQUEST ONE BE APPOINTED TO REPRESENT ME. I ALSO UNDERSTAND THAT ANY STATEMENTS I MAKE MAY BE USED BY THE COURT TO DETERMINE DISPOSITION OF THIS MATTER.

| DATE | TIME | SIGNATURE OF JUVENILE |
| DATE | TIME | SIGNATURE OF PARENT/CUSTODIAN/ATTORNEY |
| DATE | TIME | READ AND EXPLAINED BY |
| DATE | TIME | WITNESS |