IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TIMMY T. HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: CV-05-1187 |
| ) | |
| JAMES L. WILLIS, III et al., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF JAMES L. WILLIS, III

STATE OF ALABAMA
COUNTY OF DALE

BEFORE me, the undersigned authority, personally appeared James L. Willis, III, who is known to me, and who being by me first duly sworn, states under oath the following:

My name is James L. Willis, III. At all times material hereto I was serving as the Jail Administrator with the Office of the Dale County Sheriff. I have personal knowledge of the matters set forth herein.

I had nothing to do with the arrest or search of Mr. Harris. On or about September 8, 2005, at approximately 9:20 a.m., the plaintiff, Timmy Harris, was booked into the Dale County Jail for receiving stolen property in the first degree. Mr. Harris was fingerprinted and a photo was taken. Mr. Harris was dressed in a jail uniform and placed in cell block number 4, which has four (4) two-man cells with a TV and telephone on the wall. This cell block had two other inmates in it at the time Mr. Harris was placed there. Attached hereto is the Administrative Remedy Procedures setting out the procedures for inmate grievance. I have received no Inmate Request forms from the Plaintiff, Mr. Harris.

I have not denied Mr. Harris access to the courts. Mr. Harris was given his first judicial appearance on September 9, 2005, before District Court Judge Traywick. A lawyer was provided to Harris for his criminal charges and I have provided Mr. Harris with three legal books: (1) criminal procedure; (2) civil procedure; and (3) rules of evidence.

I was not involved in the arrest of Mr. Harris nor in the collection of any evidence in the criminal cases pending against Mr. Harris. I was not involved in the assignment of the criminal case numbers.

Attached is an Affidavit of Statement filed with the Dale County Circuit Clerk in which Mr. Harris admits to taking a Ford Tempo belonging to Emanuel Bruce Perry of Valdosta, Georgia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the 23 day of January, 2006.

_____
JAMES L. WILLIS, III

DALE COUNTY JAIL
POLICY AND PROCEDURE DIRECTIVE

## ADMINISTRATIVE REMEDY PROCEDURES

DATE ISSUED: _____          NUMBER:  F - 104

POLICY:

It is the policy of the Dale County Jail that an inmate in the jail shall have the right and means to report a grievance through an established Administrative Remedy Procedure without fear of being subjected to any adverse action for doing so.

PROCEDURE:

1. Upon request by the inmate, jail staff personnel will provide an INMATE REQUEST FORM.

2. An INMATE REQUEST FORM, completed and addressed, will be delivered by jail staff without alteration, interference or delay.

3. Upon receipt of an INMATE REQUEST FORM, the Chief Jailer will conduct an investigation (if the request is not frivolous in nature) into the inmate's request. The Chief Jailer will act upon the request based on his investigation or knowledge of the situation.

4. If the inmate is not satisfied with the action of the Chief Jailer, he/she may appeal to the Chief Jailer for reconsideration.

5. If the inmate is not satisfied with the action of the Chief Jailer after reconsideration, he/she may appeal in writing to the Sheriff of Dale County who is the final source of administrative appeal.

6. Copies of all requests, findings, recommendations, actions and appeals will be placed in the requesting inmate's file by the Chief Jailer.

7. Any inmate who wishes to challenge the final appeal decision of the Sheriff of Dale County may pursue legal means without fear of interference of any sort from any staff member of the Dale County Jail.

Page 1 of 1

"Affidavit of Statement"

I, Timmy Harris on the Date of September 6, 2005 did take/use a Ford Tempo that was still the property of Emanuel Bruce Berry of Valdosta Georgia and having not been coerced I admit the same.

*[signature]*

DOB 11-28-69
SS# 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
DL# #62081869 4280

*[signature]*
WITNESS

Ronnie Miller
WITNESS

CERTIFIED TO BE A TRUE COPY
ATTEST *[signature]*
REGISTER-CLERK
Circuit Court, Dale County, AL



# VALDOSTA POLICE DEPARTMENT
## DETECTIVE DIVISION

(229) 293-3145    FAX (229) 293-3152

### FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: INVESTIGATOR HAL COX | FROM: DETECTIVE ROBERT RENFROE |
| COMPANY: DALE COUNTY S.O. | DATE: SEPTEMBER 8, 2005 |
| FAX NUMBER: (334) 774-2909 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: (334) 774-2335 | |
| RE: TIMMY HARRIS  Motor Vehicle Theft | |

NOTES/COMMENTS:

**CONFIDENTIALITY NOTE:**
This information contained in this facsimile transmission is intended only for the personal and confidential use of the designated recipients named above. This transmission may be a police-criminal information communication and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail.

Exhibit "B"

500 NORTH TOOMBS STREET, VALDOSTA, GEORGIA 31601

\*\*\*  VALDOSTA POLICE DEPARTMENT  \*  PAGE: 1

SUPPLEMENTAL REPORT FOR CASE NUMBER: 050901225   REPORT DATE: 09/07/2005

VICTIM NAME: BERRY, BRUCE EMANUEL   OFFICER: CARLTON HARRELL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On 09-07-2005 at 1001 hours, I was dispatched to the Police Department in reference to a motor vehicle theft. Upon arrival I spoke to Bruce Berry who told me that the above listed vehicle was taken without his permission. Berry told me that his vehicle was being repaired by the afore listed suspect, who was staying at the above location, and has a Florida driver's license of: H620818694280. Berry said that the vehicle and the suspect have not been seen since 09-06-2005 at 0800 hours. Berry also told me that the vehicle had not currently been in use due to it not having valid registration or insurance. Berry stated that he wished to prosecute. I entered the vehicle into GCIC as stolen and issued Berry a victim's crime-bill pamphlet.

Exhibit "C"

## INCIDENT REPORT

**AGENCY ID (ORI):** GA / GA 0920300
**CASE NUMBER:** 050901225

**INCIDENT TYPE:** THEFT BY TAKING (AUTO THEFT) — Pen Knife
**COUNTS:** 3
**INCIDENT CODE:** 2404
**PREMISE TYPE:** X ALL OTHER
**LOC. CODE:** 004

**INCIDENT LOCATION:** 317 VIRGINIA AVE VALDOSTA, 31
**INCIDENT DATE:** 9/06/05 0800 to 9/07/05 1001
**STRANGER TO STRANGER:** NO X

**COMPLAINANT:** BERRY, BRUCE EMANUEL
**ADDRESS:** 405 WOODROW WILSON DR. 31601
**PHONE NUMBER:** 2490202

**VICTIM'S NAME:** BERRY, BRUCE EMANUEL
**RACE:** B  **SEX:** M  **AGE:** 42
**RESIDENCE PHONE:** 249-0202
**BUSINESS PHONE:** 244-5669
**ADDRESS:** 405 WOODROW WILSON DR. 31601
**EMPLOYER OR OCCUPATION:** SALVATION ARMY
**STUDENT?** NO X

*(handwritten: 9-8-05)*

**DATE OF OFFENSE:** 9/06/05

**VEHICLE:**
- 1 STOLEN
- 0 RECOVERED
- 0 SUSPECTS
- TAG NUMBER: AJR4945  STATE: GA  YEAR: 5
- V.I.N.: 2FAPP36X6RB105742   1500
- YEAR: 94  MAKE: FORD  MODEL: TEMPO  STYLE: GL  COLOR: GRN

*(handwritten: Exhibit D)*

**DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED?** NO X

**REPORT DATE:** 9/07/05

**NARRATIVE:** On 09-07-2005 at 1001 hours, Bruce Berry reported that someone known to him took his vehicle without his permission.

**REPORTING OFFICER:** HARRELL, CARLTON   **NUMBER:** 6727
**APPROVING OFFICER:** MCDONALD, KENNY   **NUMBER:** 6407