IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Timmy Terrell Harris

Vs.

Kenneth Latham et al

Civil Action 1:05-CV-1187-MHT

RECEIVED
2006 MAR 14 A 9:20

Plaintiffs Affidavit of Statement Pursuant Rule (56). ILLEGAL SEARCH AND SIEZURE

I the Plaintiff Timmy Terrell Harris of personal knowledge, set forth these such facts that would show that the affiant is competent to testify to the matters stated in this Affidavit, On or about the 8th of September, One Kenneth Latham et al Did knowingfully and unlawfully searched and siezed a 1994 Ford Tempo without obtaining a search warrant nor did he recieve consent by the Owners One Bruce Berry or Timmy Harris, whom was in possession of the said vehicle, Kenneth Latham et al Listed as the Defendants did take from this vehicle Listed is a box of Assorted CD's and a Nakita Drill set, with this being true and correct and I would testify the same.

*Timmy Harris*

Certificate of Service

I hereby certify that the above is true and has been sent via US Mail to the Clerk of the ~~Clerk~~ Court and forwarded to the Defendants on this the 13th day of March 2006.