IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

TIMMY TERRELL HARRIS

RECEIVED 2006 MAR 14 A 9:50

Vs.

Civil Action 1:05-cv-1187-MHT

Kenneth Latham et al

### Plaintiff's Affidavit of Statement Pursuant To Rule(56) Unlawful Arrest and Detainment

I the Plaintiff Timmy Terrell Harris on personal knowledge set forth these such facts that would show that the Affiant is competent to testify to the matters stated in this Affidavit. On or about the 8th of September, One Kenneth Latham et al Did Knowingfully and Willingfully and Unlawfully arrested me for the charge of Recieving Stolen Property 1st, when he knew that the charge was invalid and only used to detain me the plaintiff until a Burglary charge was fabricated for a personal friend of the Officer in Charge Kenneth Latham and Hal Cox,

/s/ Timmy Harris

### Certificate of Service

I hereby certify that the above is true and has been sent via US Mail to the Clerk of the Court and forwarded to the Attorney for the Defendants on this the 13th day of 2006, March