ALABAMA JUDICIAL INFORMATION SYSTEM

* * * IN THE DISTRICT COURT OF DALE COUNTY * * *

AGENCY NUMBER: 05-09-025     WARRANT NUMBER: WR 2005 00120130
                             OTHER CASE NBR:

ORIGINAL

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT COURT OF DALE COUNTY, ALABAMA, PERSONALLY APPEARED   (GJ,PH) K LATHAM
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR BELIEVING, AND DOES BELIEVE THAT   TIMMY T. HARRIS   DEFENDANT, WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE NAMED COUNTY AND

DID ON OR ABOUT SEPTEMBER 8, 2005, KNOWINGLY OBTAIN OR EXERT UNAUTHORIZED
(X) CONTROL OVER A BOX OF ASSORTED CD'S AND (1) MAKITA DRILL THE PROPERTY
    OF TERRY WOODHAM OF RAIL SIDE AUCTION, OF THE VALUE OF $550.00,
( ) CONTROL OVER A CREDIT/DEBIT CARD, TO-WIT_____
    THE PROPERTY OF
( ) CONTROL OVER A FIREARM, RIFLE, OR SHOTGUN, TO-WIT: _____
    _____, THE PROPERTY OF _____
( ) CONTROL OVER ANY SUBSTANCE CONTROLLED BY CHAPTER 2 OF TITLE 20 OR ANY
    AMENDMENTS THERETO, TO-WIT:
( ) CONTROL OVER ANY LIVESTOCK, TO-WIT:_____
( ) CONTROL OVER_____
    THE PROPERTY OF_____,OF THE VALUE OF_____
    AND THE DEFENDANT HAS PREVIOUSLY BEEN CONVICTED OF THEFT OF PROPERTY IN
    THE FIRST OR SECOND DEGREE, TO-WIT:_____
WITH THE INTENT TO DEPRIVE THE OWNER OF SAID PROPERTY,!
IN VIOLATION OF 13A-008-004                           OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

_____
COMPLAINANT'S SIGNATURE

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 09 DAY OF SEPTEMBER, 2005

_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

CHARGES: THEFT OF PROP 2ND     13A-008-004     F  FELONY

WITNESS FOR THE STATE

(GJ,PH) K LATHAM/NEWTON POLICE DEPT./NEWTON/36352

JUDY SNELL/509 MORNING MIST RD./NEWTON/36352
JIMMY SNELL/509 MORNING MIST RD./NEWTON/36352
TERRY WOODHAM/1482 CO. RD. 513/NEWTON/36350

OPERATOR: MOL     DATE: 09/09/2005



This window was already broken in Valdosta Georgia.

