IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

TIMMY TERRELL HARRIS

v.   Civil Action 1:05-CV-1187-MHT

Kenneth Latham et'al

RECEIVED
2006 MAR 14 A 9:20
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

<u>Letter to Court Clerk</u>

Dear Court Clerk,

   I am informing the Court that I have not recieved any Notice of Appointment of Counsel for Kenneth Latham et'al and I have not recieved his response as Ordered by Court.

                                                          [signature]

<u>Certificate of Service</u>

I hereby Certify that the foregoing is a true and correct Document and has been filed by the Clerk. and has been forwarded to the Defendants.

Done on this the 13th day of March 2006