IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

TIMMY TERRELL HARRIS        *

    Plaintiff,        *

    v.        *     1:05-CV-1187-MHT

KENNETH LATHAM, *et al.*,        *

    Defendants.        *

_____

**ORDER**

For good cause, it is ORDERED that the Clerk send to Plaintiff a copy of Document Number 18.

It is further ORDERED that Plaintiff is GRANTED an extension from March 20, 2006 to April 3, 2006 to file his response to Defendants' written reports.

Done this 17th day of March 2006.

            /s/ Vanzetta Penn McPherson
            VANZETTA PENN MCPHERSON
            UNITED STATES MAGISTRATE JUDGE