IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

TIMMY TERRELL HARRIS
(Plaintiff)

V.

KENNETH Latham et al
(Defendants)

RECEIVED
2006 MAR 24  A 9:34

Civil Action No. 1:05-CV-1187-T

## Plaintiff's Response to Defendants Answer: "Statement of Kenneth Latham"

Comes Now the Plaintiff Timmy Terrell Harris and files this his Response to wit:

The Plaintiff Hereby responds to the Defendant Kenneth Latham's Statement.

(1). The said Burglary has not been Proved and the Plaintiff Has not been Convicted nor has any evidence been Gathered to prove any of The Defendant's Allegation's

(2). The said Defendant Kenneth Latham has routinely Lied under oath clearly Stating that there were no finger Prints nor Shoe Prints at the Preliminary Hearing on November 30, 2005; But Later on a New Picture of Foot Prints or Shoe Prints Surfaced, VIA WALLY OLSAN A DETECTIVE FOR THE SHERIFF DEPARTMENT WHO HAS HAD NO CONNECTIONS WITH THIS CASE UNTIL TRIAL TIME.

(3). The Defendant Kenneth Latham since either resigned or was terminated surrounding this Matter, yet he failed to mention in his statement.

(4). The Plaintiff hereby cites that the Defendants from Kenneth Latham et al has testified at a Trial for the Plaintiff's charge of Burglary and every statement changed and were so inconsistant until the Jury of twelve Deadlocked on March 1, 2006.

(5). The Plaintiff Hereby cites that amist Jury Tampering the Defendants have used every trick in the Book to Find the Plaintiff Guilty of the Crime of Burglary 3rd in order to weaken the Federal Civil Complaint.

(6). The Plaintiff hereby cites that the Defendant's coerced the witness to testify to fabricated statements saying that if they did not, I, the PLAINTIFF WOULD SUE THEM.

Done on this Day 21st March 2006.

_____
PLAINTIFF PRO'SE

Certificate of Service

I hereby Certify that the Above is a true and correct and has been sent to Court Court for file. Via Us mail and also been forwarded to Attorney Joe Adams.

_____
Plaintiff Pro'se