IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 MAR 24 A 9:34
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

TIMMY TERRELL HARRIS
(Plaintiff)

V.

Civil Action No 1:05-CV-1187-T

KENNETH Latham et al
(Defendants)

## PLAINTIFF'S RESPONSE TO DEFENDANTS Written Report Affirmative Defense's

Comes Now the Plaintiff Timmy Terrell Harris and files this his Response to Wit:

(1). The Plaintiff hereby responds to the Defendant's answer in Paragraph number #1 by citing that the Plaintiff has shown the Court in Exhibits of Documents by the Defendant that he did search and sieze items from a vehicle owned and operated by the Plaintiff without consent or obtaining a Search Warrant.

(2). The Plaintiff hereby responds to the Defendants answer in Paragraph #2. by citing that the General Issue in this the Defendants Answer is Meritless and Severely Evasive.

(3). The Plaintiff hereby responds to the Defendants answer in Paragraph #3 citing that the Exhibits written by the Defendant clearly shows that he violated the Plaintiff in order to obtain an arrest for his Friends Broken Window One Terry Woodham. One day after said Incident on September 8, 2005.

(4). The Plaintiff hereby responds to the Defendants answer in paragraph #4, By citing That The Defendants has a pattern of Arresting African-Americans and building cases "Fabricated" by tainted evidence obtained once the Accused is in custody, The answer is Untrue and Evasive,

(5). The Plaintiff hereby responds to the Defendants answer in paragraph #5 By citing that The Defendants have been shown by statement a cause of action which entitles the Plaintiff absolute relief as deemed by The Court, The answer is Clearly Evasive,

(6) The Plaintiff hereby responds to the Defendants answers in paragraphs #6, 7, 8, 9, by citing that no official is exempt from Discipline and or Federal complaints when his/her actions are against the dignity of Good faith and clearly violates the Constitution, Therefore the answers set forth are meritless and Evasive,

(7). The Plaintiff hereby responds to the Defendants answers in paragraph #10 by citing that no official is exempt from Discipline for wrongful act's whether they plead Absolute immunity, substantive immunity, discretionary Immunity and Qualified immunity, Therefore the answers set forth are meritless and Evasive,

(8). The Plaintiff hereby responds to the Defendants answers in paragraph #11 citing that ~~no official that~~ the courts have complete discretion in the distribution of how it awards Punitive Damages

and the ~~Sugge~~ Plaintiff suggest that the following paragraphs A, B, C, D, E, F, G, H, I, J, K, L, M, N, O are Meritless and are evasive to General Issue,

(9) The Plaintiff hereby responds to the Defendant's answers in paragraph #12 citing that the defendant's answer Is Evasive and meritless to General Issue,

Dated on this Day 21st March.

_____
(PLAINTIFF)

Certificate of Service

I hereby certify that the above Response to the Defendant's report has been true and correct and forwarded to the Court Clerk via US mail, and has sent the Defendant's Attorney Joe Adams the same.

On this the __21st__ day of March 2006.

_____
(PLAINTIFF)