IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Timmy Harris

vs.

Civil Action No-CV-05-1187-T

Kenneth Latham et'al

RECEIVED
2006 APR 21 A 9:29
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiffs Request for Defendants Notice of Appointment.

Comes Now the Plaintiff and Requests the Notice of Appointment of Joe Adams Law. Based on the following:

(1) I HAVE NO KNOWLEDGE OF THE ADDRESS OF JOE ADAMS LAW.

(2) JOE ADAMS LAW HAS NOT SHOWN ITS NOTICE OF APPOINTMENT

*[signature]*

Certificate of Service

I hereby certify that the Above has been served to the District Court Clerk and Delivered handmail to the Defendants

Done on this the 18th April 2006.