IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| TIMMY TERRELL HARRIS | * | |
| Plaintiff, | * | |
| v. | * | 1:05-CV-1187-MHT |
| KENNETH LATHAM, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

Before the court is a pleading filed by Plaintiff requesting the "notice of appointment of Joe Adams." (Doc. No. 26.) Plaintiff asserts that he is unaware of Mr. Adams' address and states "Joe Adams Law has not shown its notice of appointment." (*Id*.)

Upon consideration of Plaintiff's pleading, the Clerk is DIRECTED to send Plaintiff a copy of the docket sheet in this matter which reflects Mr. Adams' mailing address and his filing of an answer and written report on behalf of Defendants Latham, Garrows, and Oliver on February 23 & 24, 2006.

Done this 25th day of April 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE