IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Timmy Terrell Harris

vs.

Civil Action 1:05-CV-1187-T

Kenneth Latham

## Plaintiffs Request For Magistrates Ruling of Summary Judgment For Above Cause/Case 1:05-CV-1187-T

Comes Now the Movant Timmy Harris and Requests any documentation that the Court has showing what the Honorable Magistrates Recommendation was for the Above case.

_____
MOVANT

### Certificate of Service

I hereby Certify that the above is true and correct and has been forwarded to the Court Clerk for filing, And also the Defendants Attorney has been sent the same via U.S. mail.

Done on this the 20th day of 2006 May

_____