IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| TIMMY TERRELL HARRIS | * | |
| Plaintiff, | * | |
| v. | * | 1:05-CV-1187-MHT |
| KENNETH LATHAM, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of the May 23, 2006 pleading filed by Plaintiff, which the court construes as a Motion for Status, and for good cause, it is

ORDERED that the Motion for Status (Doc. No. 28) is GRANTED. Plaintiff is advised that this case is pending on his complaint, Defendants' written report, and Plaintiff's opposition. Plaintiff is further advised that no additional pleadings are necessary to a determination of the issues presented herein, and he will be informed of any action undertaken by the court on his complaint.

Done this 24th day of May 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE