IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Timmy Harris

v.

Kenneth Latham

RECEIVED
2006 JUL 24 A 10:16
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Civil CASE# 1:05-CV-1187-MHT

## Plaintiffs Notice of Change of Address

Comes now the Plaintiff and files this his notice of change of Address;

The Defendant has been transferred to the Lowndes County Jail in Valdosta Georgia and request that all of his mail be forwarded to

% Clarence Helms for Timmy Harris
310 EL PLACIO PLAZA
OZARK, Ala
36360

## Certificate of Service

I hereby certify that the above has been forwarded to the Clerk of the Court, and has been mailed via US mail to the Defendants Counsel, Done on this the 17th day of July, 2006

Timmy Harris