IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Southern Division

Timmy Terrell Harris
Plaintiff.

v.

Civil Action 1:05-CV-1187-MHT

Kenneth Latham et al
Defendant.

RECEIVED
2006 JUL 31 A  10
U.S. DISTRICT CLERK

## Plaintiff's Notice of Change of Address

Comes Now, the Plaintiff and files this his request and Notice of Change of Address.

(1). The Plaintiff has been transferred to the Lowndes County Jail at the address: Timmy Harris #2006-1413
125 Prison Farm Rd.
Valdosta, GA
31601

_Timmy Harris_
Pro'se

## Certificate of Service

I hereby certify that the above has been sent to the Court Clerk for filing and the Defendants have been served as well via U.S. mail.

On this the 29th day of July 2006.