IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Timmy T. Harris
(Plaintiff)

V.

Kenneth Latham, et al

RECEIVED
2007 JAN -3 A 9:56

CIVIL ACTION NO. 1:05-CV-1187-T
AND 1:05-CV-1077-MHT

## PLAINTIFF'S REQUEST FOR CASE STATUS ON THE ABOVE STYLED CASE NO. 1:05-CV-1187-T

Comes Now, the Plaintiff and files this his Request for Case Status based on the fact that he has not heard from the Court since he filed for a Notice of Address Change.

Wherefore submitted under these premises on this the 29th day of December 2006.

By: Timmy Harris

CERTIFICATE OF SERVICE

I hereby certify that the Plaintiffs Notice of Request for Case Status is true and correct and that it has been filed with the Honorable Court Clerk and that the Defendant's have been mailed via US Mail.

On this the 28th day of December 2006.