IN THE UNITED STATES  DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| TIMMY TERRELL HARRIS | * | |
| Plaintiff, | * | |
| v. | * | 1:05-CV-1187-MHT |
| KENNETH LATHAM, *et al.*, | * | |
| Defendants. | * | |

_____

## ORDER ON MOTION

Upon consideration of  Plaintiff's Motion for Status, and for good cause, it is

ORDERED that the Motion for Status (Doc. No. 32) is GRANTED.  Plaintiff is advised that this case is pending on his complaint, Defendants' written report, and Plaintiff's opposition.  No additional pleadings are necessary to a determination of the issues presented herein, and Plaintiff will be informed of any action undertaken by the court on his complaint. Plaintiff is further is  advised that the instant action is pending on the undersigned's docket along with numerous other actions filed both before and after the present complaint was filed. The court notes that this matter is ready for review and a decision shall be rendered within due course as the court's schedule permits.

Done, this 5th day of January 2007.

_____ /s/Wallace Capel, Jr. _____
WALLACE CAPEL, JR
UNITED STATES MAGISTRATE JUDGE