IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Timmy Terrell Harris
(Plaintiff)

vs.

Kenneth Latham, et al
(Defendants)

Civil Action No 1:05-CV-1187-T

## PLAINTIFFS NOTICE OF CHANGE OF ADDRESS

Comes now, the Plaintiff and files this his request or notice of change of address.

The Plaintiff would ask that all of his legal mail be forwarded to Timmy T. Harris

217 Williams Ln
Valdosta, Georgia
31601

_Timmy Harris_
PRO SE

## CERTIFICATE OF SERVICE

I hereby certify that the above is a true and correct notice of change of address and has be filed with the court clerk and mailed via US mail to the Defendants on this the ___4___th day of April 2007.

Timmy Terrell Harris
217 Williams Lane
Valdosta, Georgia
31601



Middle District of Alabama
Office of the Clerk
Post Office Box 711
Montgomery, Alabama
36101-0711