IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

TIMMY TERRELL HARRIS )
　)
Plaintiff, )
　)
v. )   CASE NO. 1:05-CV-1187-T
　)
KENNETH LATHAM, ET ALS., )
　, )
　)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW STEVEN C. OLIVER, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| NONE | |

3/20/2008
Date

(Signature) /s/ Joe W. Adams

JOE W. ADAMS
(Counsel's Name)

KENNETH D. LATHAM, CARL W. GARROW & STEVEN C. OLIVER
Counsel for (print names of all parties)

POST OFFICE BOX 1487
OZARK, ALABAMA 36361
Address, City, State Zip Code

334-774-5533
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____SOUTHERN_____ DIVISION

**CERTIFICATE OF SERVICE**

I, JOE W. ADAMS_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. MAIL_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 20TH___ day of MARCH_____ 20 08 to:

MR. TIMMY TERRELL HARRIS - 217 WILLIAMS LANE - VALDOSTA, GA  31601

C. WINSTON SHEEHAN, JR.-BALL,BALL,MATTHEWS & NOVAK, PA-P.O. BOX 2148-MONTGOMERY, AL  36102-2148

3/20/2008
Date

Signature