IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| TIMMY TERRELL HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:05cv1187-MHT |
| ) | (WO) |
| KENNETH LATHAM, et al., ) | |
| ) | |
| Defendants. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit asserting various constitutional claims.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment should be granted.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation, to which no objection has been filed, should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of March, 2008.


        /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE