**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

March 28, 2008

# NOTICE OF CORRECTION

**From:**  Clerk's Office

**Case Style:**  Harris v. Latham et al

**Case Number:**  1:05-cv-01187-MHT

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously attached correcting a clerical error.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 43   filed on   March 28, 2008.**