UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
<u>Southern</u> DIVISION

RECEIVED
2008 MAY 12 A 10: 26
[...] P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

<u>Timmy T. Harris</u>,
Plaintiff,

vs.                                                   Civil Action No. <u>1:05-CV-1187-T</u>

<u>Kenneth Latham et al</u>,
Defendant

### NOTICE OF APPEAL

Notice is hereby given that <u>Timmy T. Harris Plaintiff</u> above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the <u>Judgment</u> entered in this action on the <u>28th</u> day of <u>March</u>, 200<u>8</u>

_____
Signature (Timmy Harris)

_____
Date of Signature

<u>120 Prison Farm RD</u>
<u>Valdosta Georgia</u>
Address                    31601

I/M Timmy T. Harris # 200607443
120 Prison Farm Rd.          A-3
Valdosta, GA 31601

ALBANY GA 317
09 MAY 2008 PM 1 L

LEGAL MAIL

OFFICE OF THE CLERK
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711

**LOWNDES COUNTY JAIL**

36101+0711