Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

June 18, 2008

**Appeal Number: 08-12687-C**
Case Style: Timmy T. Harris v. Kenneth Latham
District Court Number:  05-01187 CV-1-MHT

TO:  Debra P. Hackett

CC:  Timmy T. Harris

CC:  Joseph W. Adams

CC:  C. Winston Sheehan, Jr.

CC:  Hon. Myron H. Thompson

CC:  Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

June 18, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 08-12687-C**
Case Style: Timmy T. Harris v. Kenneth Latham
District Court Number: 05-01187 CV-1-MHT

Enclosed is a certified copy of an order remanding the referenced appeal for further proceedings. JURISDICTION OF THIS APPEAL IS BEING RETAINED BY THE ELEVENTH CIRCUIT.

Upon completion of remand proceedings, please promptly send a certified copy of the ORDER ON REMAND accompanied by an updated indexed district court docket sheet to this office.

This case will be held in abeyance and monitored in the Eleventh Circuit pending disposition of remand proceedings in your court.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Gerald Frost (404) 335-6182

Enclosures:

Volume(s) of Record

Box(es) of Exhibits

Envelope(s) of Exhibits

# LIMITED REMAND

CLK-3 (3-2004)

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

June 18, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY   AL   36104-4055

**Appeal Number: 08-12687-C**
Case Style: Timmy T. Harris v. Kenneth Latham
District Court Number:  05-01187 CV-1-MHT

Enclosed is a certified copy of an order remanding the referenced appeal for further proceedings. JURISDICTION OF THIS APPEAL IS BEING RETAINED BY THE ELEVENTH CIRCUIT.

Upon completion of remand proceedings, please promptly send a certified copy of the ORDER ON REMAND accompanied by an updated indexed district court docket sheet to this office.

This case will be held in abeyance and monitored in the Eleventh Circuit pending disposition of remand proceedings in your court.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Gerald Frost (404) 335-6182

Enclosures:

   Volume(s) of Record

   Box(es) of Exhibits

   Envelope(s) of Exhibits

## LIMITED REMAND

CLK-3 (3-2004)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 08-12687-C

TIMMY T. HARRIS,

          Plaintiff-Appellant,

versus

KENNETH LATHAM,
OFFICER GARROWS,
CHIEF OLLIVER,
JAMES T. WILLIS, III,

          Defendants-Appellees.

Appeal from the United States District Court
for the Middle District of Alabama

Before MARCUS and WILSON, Circuit Judges.

BY THE COURT:

    This appeal is REMANDED, sua sponte, for the limited purpose of determining when Timmy Harris's notice of appeal, which was docketed by the district court on May 12, 2008, was delivered to prison officials for forwarding to the district court. See Fed.R.App.P. 4(a)(4)(A) & (c)(1); Fed.R.Civ.P. 6(a); Houston v. Lack, 487 U.S. 266, 276, 108 S.Ct. 2379, 2385, 101 L.Ed.2d 245 (1988). Upon making its determination, the district court shall return the record, as supplemented, to this Court for further proceedings.