IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
TIMMY TERRELL HARRIS,         )
                              )
    Plaintiff,                )
                              )        CIVIL ACTION NO.
    v.                        )         1:05cv1187-MHT
                              )
KENNETH LATHAM, et al.,       )
                              )
    Defendants.               )
```

ORDER

By order entered on June 18, 2008, and received in the district court on June 19, 2008 (doc. no. 51_, the Eleventh Circuit Court of Appeals remanded this case to this court with the following instructions:

> "This appeal is REMANDED sua sponte, for the limited purpose of determining when Timmy Harris's notice of appeal, which was docketed by the district court on May 12, 2008, was delivered to prison officials for forwarding to the district court. See Fed.R.App.P. 4(a)(4)(A) & (c)(1); Fed.R.Civ.P. 6(a); Houston v. Lack, 487 U.S. 266, 276, 108 S.Ct. 2379, 2385, 101 L.Ed.2d 245 (1988). Upon making its determination, the district court shall return the record, as supplemented, to this Court for further proceedings."

Pursuant to these instructions, it is ORDERED that plaintiff Timmy Terrell Harris is allowed until July 21, 2008, to submit to this court any statement and evidence of when he filed his appeal, that is, he handed his notice of appeal to prison officials.  Of particular relevance is whether the Harris 'filed' this appeal--that is, handed it to prison officials--on or before April 28, 2008, and thus whether the appeal was timely.  <u>If Harris files a statement, the statement should be sworn, that is, under oath.</u>  If the court does not hear from Harris within the time allowed, the court will assume that Harris's appeal was untimely.

DONE, this the 27th day of June, 2008.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**