Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

_____

August 21, 2008

**Appeal Number: 08-12687-C**
Case Style: Timmy T. Harris v. Kenneth Latham
District Court Number:  05-01187 CV-1-MHT

TO:    Debra P. Hackett

CC:    Timmy T. Harris

CC:    Joseph W. Adams

CC:    C. Winston Sheehan, Jr.

CC:    Administrative File

CC:    Administrative File

# United States Court of Appeals

Eleventh Circuit

56 Forsyth Street, N.W.

Atlanta, Georgia  30303

**Thomas K. Kahn**

Clerk

For rules and forms visit

www.ca11.uscourts.gov

August 21, 2008

Debra P. Hackett

Clerk, U.S. District Court

15 LEE ST STE 206

MONTGOMERY  AL  36104-4055

**Appeal Number: 08-12687-C**

Case Style: Timmy T. Harris v. Kenneth Latham

District Court Number:  05-01187 CV-1-MHT

The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued as the mandate of this court. See 11th Cir. R. 40-4 and 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Gerald Frost (404) 335-6182

Encl.

DIS-4  (3-2005)

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 21, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

**Appeal Number: 08-12687-C**
Case Style: Timmy T. Harris v. Kenneth Latham
District Court Number:  05-01187 CV-1-MHT


The enclosed certified copy of this Court's order dismissing the appeal for lack of
jurisdiction is issued as the mandate of this court. See 11th Cir. R. 40-4 and 11th
Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed
to the clerk.


Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Gerald Frost (404) 335-6182


Encl.

DIS-4  (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-12687-C

_____

TIMMY T. HARRIS,

Plaintiff-Appellant,

versus

KENNETH LATHAM,
OFFICER GARROWS,
CHIEF OLLIVER,
JAMES T. WILLIS, III,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

Before    ANDERSON, BLACK and WILSON, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction. Timmy Terrall Harris's

notice of appeal, deemed filed after April 28, 2008, was not filed within 30 days of the district

court's final judgment entered on March 28, 2008. See Fed.R.App.P. 4(a)(1)(A), 4(c); Houston v.

Lack, 487 U.S. 266, 276, 108 S.Ct. 2379, 2385, 101 L.Ed.2d 245 (1988); Rinaldo v. Corbett, 256

F.3d 1276, 1278 (11th Cir. 2001).

No motion for reconsideration may be filed unless it complies with the timing and other

requirements of 11th Cir.R. 40-4 and all other applicable rules.